# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEREK ONZELL MORROW, SR., | |
| Plaintiff, | Case No. 3:14-cv-00008-RCJ-WGC |
| vs. | **ORDER** |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

The court dismissed the complaint (#5) because it failed to state a claim upon which relief can be granted, and the court gave plaintiff the opportunity to file an amended complaint that corrected the defects of the complaint. Plaintiff has not filed an amended complaint within the allotted time.

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for failure to state a claim upon which relief can be granted and for failure to comply with the court's order (#4). The clerk of the court shall enter judgment accordingly.

IT IS FURTHER ORDERED that an appeal from the dismissal of this action would not be taken in good faith.

Dated: September 9, 2014.

_____
ROBERT C. JONES
United States District Judge