AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

DEREK ONZELL MORROW, SR.,

    Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:14-cv-00008-RCJ-WGC**

NEVADA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice.
    **IT IS FURTHER ORDERED** that an appeal from the dismissal of this action would not be taken in good faith.


  September 10, 2014                              **LANCE S. WILSON**
                                                                         Clerk

                                                                           /s/ D. R. Morgan
                                                                           Deputy Clerk